UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINIOS

In re:  JONATHAN E. ARCOUETTE        §        Case No. 17-80384
        HEATHER A. ARCOUETTE         §
                                     §
           Debtor(s)                 §

CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Lydia S. Meyer, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1).  The Trustee declares as follows:

1) The case was filed on 02/24/2017.

2) The plan was confirmed on 11/28/2017.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C § 1329 on NA.

4) The Trustee filed action to remedy default by the debtor(s) in performance under the plan on 12/05/2017, 12/08/2017.

5) The case was dismissed on 02/22/2018.

6) Number of months from filing or conversion to last payment: 11.

7) Number of months case was pending: 13.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $0.00.

10) Amount of unsecured claims discharged without full payment: $0.00.

11) All checks distributed by the Trustee relating to this case have cleared the bank.

UST Form 101-13-FR-S (9/1/2009)

### Receipts:

|  |  |  |
|---|---|---|
| Total paid by or on behalf of the debtor(s) | $ 12,482.30 | |
| Less amount refunded to debtor(s) | $ 1,499.00 | |
| **NET RECEIPTS** | | $ 10,983.30 |

### Expenses of Administration:

|  |  |  |
|---|---|---|
| Attorney's Fees Paid Through the Plan | $ 388.25 | |
| Court Costs | $ 0.00 | |
| Trustee Expenses & Compensation | $ 1,083.41 | |
| Other | $ 0.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION** | | $ 1,471.66 |
| Attorney fees paid and disclosed by debtor(s): | $ 500.00 | |

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| LOVES PARK LEGAL CLINIC | Lgl | 2,000.00 | 2,000.00 | 0.00 | 0.00 | 0.00 |
| JP MORGAN CHASE BANK | Sec | 10,806.01 | 10,805.86 | 10,805.86 | 0.00 | 0.00 |
| CREDIT ACCEPTANCE | Sec | 0.00 | 5,075.87 | 5,075.87 | 2,997.82 | 252.18 |
| CREDIT ACCEPTANCE | Sec | 1,100.00 | 11,099.40 | 11,099.40 | 2,663.69 | 586.31 |
| CREDIT ACCEPTANCE | Uns | 10,900.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| CREDIT ACCEPTANCE | Sec | 0.00 | 9,710.37 | 2,000.00 | 1,037.94 | 62.06 |
| CREDIT ACCEPTANCE | Uns | 10,000.00 | 0.00 | 7,710.37 | 0.00 | 0.00 |
| ABC FIRE AND SAFETY | Uns | 150.00 | NA | NA | 0.00 | 0.00 |
| ACCOUNT RECOVERY SOLUTIONS | Uns | 1,284.00 | NA | NA | 0.00 | 0.00 |
| ACCOUNT RECOVERY SOLUTIONS | Uns | 251.00 | NA | NA | 0.00 | 0.00 |
| ACCOUNT RECOVERY SOLUTIONS | Uns | 175.00 | NA | NA | 0.00 | 0.00 |
| ADVANCE AUTO PARTS | Uns | 3,633.42 | NA | NA | 0.00 | 0.00 |
| ADVIA CREDIT UNION | Uns | 500.00 | NA | NA | 0.00 | 0.00 |
| ALL DATA | Uns | 1,672.00 | NA | NA | 0.00 | 0.00 |
| ASSOCIATED COLLECTORS INC | Uns | 600.00 | NA | NA | 0.00 | 0.00 |
| ASSOCIATED COLLECTORS INC | Uns | 143.00 | NA | NA | 0.00 | 0.00 |
| ASSOCIATED COLLECTORS INC | Uns | 141.00 | NA | NA | 0.00 | 0.00 |
| ASSOCIATED COLLECTORS INC | Uns | 130.00 | NA | NA | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| ASSOCIATED COLLECTORS INC | Uns | 62.00 | NA | NA | 0.00 | 0.00 |
| ATS | Uns | 407.00 | NA | NA | 0.00 | 0.00 |
| ATTORNEY BRIAN K LARKIN | Uns | 2,400.00 | 2,284.88 | 2,284.88 | 0.00 | 0.00 |
| ATTORNEY THOMAS G. RUDD | Uns | 1,300.00 | 1,343.82 | 1,343.82 | 0.00 | 0.00 |
| AUTOZONE INC | Uns | 8,000.00 | 9,071.44 | 9,071.44 | 0.00 | 0.00 |
| BANK OF AMERICA | Uns | 1,170.00 | NA | NA | 0.00 | 0.00 |
| BRYDEN MOTORS | Uns | 200.00 | NA | NA | 0.00 | 0.00 |
| BUD WEISER MOTORS | Uns | 250.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE BANK USA NA | Uns | 1,708.00 | 1,708.56 | 1,708.56 | 0.00 | 0.00 |
| CAPITAL STACK LLC | Uns | 19,740.00 | NA | NA | 0.00 | 0.00 |
| CENTRAL CREDIT SERVICES | Uns | 466.00 | NA | NA | 0.00 | 0.00 |
| CHARTER BUSINESS SOLUTIONS | Uns | 1,500.00 | NA | NA | 0.00 | 0.00 |
| CHICAGO BEHAVIORAL HEALTH | Uns | 2,049.00 | NA | NA | 0.00 | 0.00 |
| CITIZENS FINANCE | Uns | 4,832.00 | NA | NA | 0.00 | 0.00 |
| CITIZENS FINANCE | Uns | 6,365.99 | 6,365.99 | 6,365.99 | 0.00 | 0.00 |
| CITY OF CHICAGO  DEPT. OF | Uns | 244.00 | 244.00 | 244.00 | 0.00 | 0.00 |
| CMI CREDIT MEDIATORS | Uns | 4,622.36 | NA | NA | 0.00 | 0.00 |
| COMPLETE PAYMENT RECOVERY | Uns | 244.25 | NA | NA | 0.00 | 0.00 |
| CREDITORS PROTECTION SERVICE | Uns | 669.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS PROTECTION SERVICE | Uns | 401.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS PROTECTION SERVICE | Uns | 252.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS PROTECTION SERVICE | Uns | 252.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS PROTECTION SERVICE | Uns | 322.65 | NA | NA | 0.00 | 0.00 |
| CREDITORS PROTECTION SERVICE | Uns | 258.85 | NA | NA | 0.00 | 0.00 |
| CREDITORS PROTECTION SERVICE | Uns | 74.61 | NA | NA | 0.00 | 0.00 |
| DAVID CARPER | Uns | 5,000.00 | NA | NA | 0.00 | 0.00 |
| DON'S TOOL SALES | Uns | 300.00 | NA | NA | 0.00 | 0.00 |
| FIRST NATIONAL BANK | Uns | 264.00 | NA | NA | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS LLC | Uns | 465.00 | 465.52 | 465.52 | 0.00 | 0.00 |
| GLOBAL HEALTHCARE | Uns | 150.00 | NA | NA | 0.00 | 0.00 |
| GREAT AMERICAN PAYMENT | Uns | 500.00 | NA | NA | 0.00 | 0.00 |
| H & H INDUSTRIES, INC | Uns | 225.00 | 116.01 | 116.01 | 0.00 | 0.00 |
| HARRIS & HARRIS | Uns | 305.63 | NA | NA | 0.00 | 0.00 |
| ILLINOIS DEPARTMENT OF | Uns | 31,491.90 | NA | NA | 0.00 | 0.00 |
| INTERSTATE BATTERIES | Uns | 875.00 | NA | NA | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| IWI | Uns | 6,000.00 | NA | NA | 0.00 | 0.00 |
| JERRY'S AUTO PARTS | Uns | 6,000.00 | NA | NA | 0.00 | 0.00 |
| JIM LALLE, CPA | Uns | 1,500.00 | NA | NA | 0.00 | 0.00 |
| KIMBALL MIDWEST | Uns | 500.00 | NA | NA | 0.00 | 0.00 |
| LURIE CHILDREN'S HOSPITAL | Uns | 18,000.00 | NA | NA | 0.00 | 0.00 |
| MATCO TOOLS | Uns | 5,080.00 | 5,008.03 | 5,008.03 | 0.00 | 0.00 |
| MEDICAL BUSINESS BUREAU | Uns | 959.00 | NA | NA | 0.00 | 0.00 |
| MEDICAL BUSINESS BUREAU | Uns | 123.00 | NA | NA | 0.00 | 0.00 |
| MORRISON'S AUTO | Uns | 500.00 | NA | NA | 0.00 | 0.00 |
| MUTUAL MANAGEMENT SERVICES, | Uns | 302.00 | NA | NA | 0.00 | 0.00 |
| MUTUAL MANAGEMENT SERVICES, | Uns | 141.00 | NA | NA | 0.00 | 0.00 |
| MUTUAL MANAGEMENT SERVICES, | Uns | 140.00 | NA | NA | 0.00 | 0.00 |
| MUTUAL MANAGEMENT SERVICES, | Uns | 93.00 | NA | NA | 0.00 | 0.00 |
| MUTUAL MANAGEMENT SERVICES, | Uns | 83.00 | NA | NA | 0.00 | 0.00 |
| MUTUAL MANAGEMENT SERVICES, | Uns | 79.00 | NA | NA | 0.00 | 0.00 |
| NAPA AUTO PARTS | Uns | 18,820.83 | NA | NA | 0.00 | 0.00 |
| O'REILLY AUTO PARTS | Uns | 300.00 | NA | NA | 0.00 | 0.00 |
| COMENITY CAPITAL BANK/PAYPAL | Uns | 500.00 | 448.55 | 448.55 | 0.00 | 0.00 |
| PAYPAL WORKING CAPITAL | Uns | 4,000.00 | NA | NA | 0.00 | 0.00 |
| PENN CREDIT | Uns | 357.00 | NA | NA | 0.00 | 0.00 |
| PORTFOLIO RECOVERY | Uns | 1,147.00 | 1,146.79 | 1,146.79 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY | Uns | 564.00 | 564.19 | 564.19 | 0.00 | 0.00 |
| POSITIVE CHANGES CHIRO | Uns | 175.00 | NA | NA | 0.00 | 0.00 |
| ROCK RIVER DISPOSAL | Uns | 150.00 | NA | NA | 0.00 | 0.00 |
| ROCKFORD HEALTH PHYSICIANS | Uns | 557.00 | NA | NA | 0.00 | 0.00 |
| ROCKFORD HEALTH PHYSICIANS/ | Uns | 252.71 | 238.20 | 238.20 | 0.00 | 0.00 |
| ROCKFORD MEMORIAL HOSPITAL | Uns | 848.12 | NA | NA | 0.00 | 0.00 |
| ROCKFORD MERCANTILE AGENCY | Uns | 5,205.00 | 10,660.13 | 10,660.13 | 0.00 | 0.00 |
| ROCKFORD MERCANTILE AGENCY | Uns | 4,132.00 | NA | NA | 0.00 | 0.00 |
| ROCKFORD MERCANTILE AGENCY | Uns | 798.00 | NA | NA | 0.00 | 0.00 |
| ROCKFORD MERCANTILE AGENCY | Uns | 139.00 | NA | NA | 0.00 | 0.00 |
| ROCKFORD MERCANTILE AGENCY | Uns | 113.43 | NA | NA | 0.00 | 0.00 |
| ROSCOE FAMILY DENTAL | Uns | 323.00 | NA | NA | 0.00 | 0.00 |
| SNAP ON TRUCK | Uns | 1,200.00 | NA | NA | 0.00 | 0.00 |
| SNAP ON CREDIT LLC | Sec | 4,300.00 | 5,738.92 | 5,738.92 | 1,812.48 | 99.16 |

UST Form 101-13-FR-S (9/1/2009)

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| ST. MARTHA'S SCHOOL | Uns | 3,000.00 | NA | NA | 0.00 | 0.00 |
| STELLAR RECOVERY | Uns | 216.00 | NA | NA | 0.00 | 0.00 |
| SWEDISH AMERICAN | Uns | 241.15 | 241.15 | 241.15 | 0.00 | 0.00 |
| SWEDISH AMERICAN | Uns | 175.94 | 112.52 | 112.52 | 0.00 | 0.00 |
| SWEDISH AMERICAN HOSPITAL | Uns | 6,000.00 | NA | NA | 0.00 | 0.00 |
| TRANSWORLD SYSTEMS | Uns | 1,982.00 | NA | NA | 0.00 | 0.00 |
| WINDHAM PROFESSIONALS | Uns | 378.00 | NA | NA | 0.00 | 0.00 |
| WORLD FINANCIAL CAPITAL BANK | Uns | 300.00 | NA | NA | 0.00 | 0.00 |
| JOAN MORIN | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC as agent for | Uns | 0.00 | 503.00 | 503.00 | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC as agent for | Uns | 0.00 | 183.00 | 183.00 | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC as agent for | Uns | 0.00 | 366.00 | 366.00 | 0.00 | 0.00 |
| THE ILLINOIS TOLLWAY | Uns | 0.00 | 3,741.70 | 3,741.70 | 0.00 | 0.00 |
| CREDIT ACCEPTANCE | Uns | 1,900.00 | NA | NA | 0.00 | 0.00 |
| CREDIT ACCEPTANCE | Uns | 3,400.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN INFOSOURCE LP as agent | Uns | 0.00 | 509.49 | 0.00 | 0.00 | 0.00 |
| CONNECTICUT DEPARTMENT OF | Uns | 1,550.95 | NA | NA | 0.00 | 0.00 |
| CAVALRY SPV I, LLC | Uns | 0.00 | 682.05 | 682.05 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY | Uns | 0.00 | 422.66 | 422.66 | 0.00 | 0.00 |
| JOY ARCOUETTE | Pri | 0.00 | 15,444.00 | 15,444.00 | 0.00 | 0.00 |
| SPRINGER LAW FIRM | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| PAYPAL CREDIT | Uns | 500.00 | NA | NA | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Pri | 0.00 | 4,462.27 | 0.00 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Uns | 0.00 | 210.88 | 0.00 | 0.00 | 0.00 |
| SPRINGER LAW FIRM | Lgl | 2,000.00 | 2,000.00 | 2,000.00 | 388.25 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

| Summary of Disbursements to Creditors: | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| Mortgage Arrearage | $ 10,805.86 | $ 0.00 | $ 0.00 |
| Debt Secured by Vehicle | $ 18,175.27 | $ 6,699.45 | $ 900.55 |
| All Other Secured | $ 5,738.92 | $ 1,812.48 | $ 99.16 |
| **TOTAL SECURED:** | $ 34,720.05 | $ 8,511.93 | $ 999.71 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Domestic Support Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| All Other Priority | $ 15,444.00 | $ 0.00 | $ 0.00 |
| **TOTAL PRIORITY:** | $ 15,444.00 | $ 0.00 | $ 0.00 |
| **GENERAL UNSECURED PAYMENTS:** | $ 53,628.56 | $ 0.00 | $ 0.00 |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $ 1,471.66 |
| Disbursements to Creditors | $ 9,511.64 |
| **TOTAL DISBURSEMENTS:** | $ 10,983.30 |

UST Form 101-13-FR-S (9/1/2009)

      12)  The Trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the Trustee is responsible have been completed.  The Trustee requests a final decree be entered that discharges the Trustee and grants such other relief as may be just and proper.

Date:  04/12/2018        By:  /s/ Lydia S. Meyer
                                           Trustee

**STATEMENT:**   This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-13-FR-S (9/1/2009)